# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 23-1347                                       September Term, 2023

EPA-88FR73098

Filed On: August 30, 2024 [2072512]

Food Marketplace, Inc., et al.,

        Petitioners

        v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

        Respondents

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for September 12, 2024, at 9:30 A.M.:

          Petitioners                  -             15 Minutes

          Respondents               -             15 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Henderson and Katsas.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 3, 2024.

**Per Curiam**

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                         BY:      /s/
                                         Michael C. McGrail
                                         Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)