

HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL 804 • 788 • 8200
FAX 804 • 788 • 8218

ELBERT LIN
DIRECT DIAL: 804 • 788 • 7202
EMAIL: elin@HuntonAK.com

September 12, 2024

Mark J. Langer
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Ave., NW
Washington, District of Columbia 20001

Re:    *Food Marketplace, Inc. v. EPA*, No. 23-1347
       Response to Oral Argument Question

Dear Mr. Langer:

      During oral argument in the above-captioned case on Thursday, September 12, 2024, the Court asked Petitioners' Counsel whether one of Petitioners' members, HEB, operates cold-storage warehouses. HEB does indeed operate cold-storage warehouses. *See* Russell Redman, *H-E-B to add frozen distribution to warehouse in Temple, Texas*, Supermarket News, https://www.supermarketnews.com/finance/h-e-b-to-add-frozen-distribution-to-warehouse-in-temple-texas (June 30, 2022). If a declaration from HEB (or any other member) to that effect would aid the Court, Petitioners would be happy to provide it.

Respectfully submitted,


/s/ Elbert Lin
Elbert Lin

cc: Daniel J. Martin, Counsel for Respondent

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON
LONDON   LOS ANGELES   MIAMI   NEW YORK   RICHMOND   SAN FRANCISCO   TOKYO   TYSONS   WASHINGTON, DC
www.HuntonAK.com