# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-1347** | **September Term, 2024** |
| | EPA-88FR73098 |
| | Filed On: February 25, 2025 [2102542] |

Food Marketplace, Inc., et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

      Respondents

      **BEFORE:** Srinivasan, Chief Judge; Henderson and Katsas, Circuit Judges

## O R D E R

      Upon consideration of respondents' unopposed motion to hold case in abeyance, it is

      **ORDERED** that the motion be granted and this case is held in abeyance pending further order of the court.

      Respondents are directed to file motions to govern further proceedings by April 28, 2025.

**Per Curiam**

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                       BY:   /s/
                                Michael C. McGrail
                                Deputy Clerk