# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1347**                                          **September Term, 2024**

**EPA-88FR73098**

**Filed On: May 9, 2025** [2115170]

Food Marketplace, Inc., et al.,

       Petitioners

       v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

**BEFORE:**   Srinivasan, Chief Judge; Henderson and Katsas, Circuit Judges

## O R D E R

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case shall remain held in abeyance pending further order of the court.

The Environmental Protection Agency is directed to file status reports at 90-day intervals beginning August 7, 2025.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

**Per Curiam**

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

          BY:    /s/
                  Scott H. Atchue
                  Deputy Clerk