ORAL ARGUMENT HELD SEPTEMBER 12, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| FOOD MARKETPLACE, INC., ET AL. ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> U.S. ENVIRONMENTAL ) <br> PROTECTION AGENCY, et al. ) <br> ) <br> Respondents. ) | No. 23-1347 |

## STATUS REPORT

This matter involves challenges to an EPA rule titled "Phasedown of Hydrofluorocarbons: Restrictions on the Use of Certain Hydrofluorocarbons Under the American Innovation and Manufacturing Act of 2020." 88 Fed. Reg. 73098 (Oct. 24, 2023) (the "Rule"). Respondents U.S. Environmental Protection Agency and Administrator Lee Zeldin ("EPA") hereby file this status update in accordance with this Court's Order. Order, Doc. No. 2115170 (May 9, 2025).

## BACKGROUND

1. Among other authorities, the American Innovation and Manufacturing Act of 2020 (the "AIM Act"), 42 U.S.C. § 7675, allows EPA to "restrict, fully, partially, or on a graduated schedule, the use of a regulated substance [i.e.,

hydrofluorocarbons ("HFCs")] in the sector or subsector in which the regulated substance is used." 42 U.S.C. § 7675(b)(11), (c), (i)(1).

2. In the Rule, EPA exercised its authority under subsection (i) of the AIM Act in a variety of sectors and subsectors, including as relevant here, uses in industrial process refrigeration and in chillers for industrial process refrigeration. 40 C.F.R § 84.54(a)(10)(iii)-(iv), (a)(12), (c)(5)-(6), (c)(10). The Rule also included a provision allowing the continued manufacture and use of certain "specified components" of equipment using refrigerants for use in the residential and light commercial air conditioning and heat pump subsector. *Id.* § 84.56(b).

3. Industry groups challenged that rule in three petitions for review. *Semiconductor Equipment and Materials International, v. EPA*, Case No. 23-1344 (D.C. Cir. filed Dec. 22, 2023); *The Chemours Company FC, LLC v. EPA*, Case No. 23-1345 (D.C. Cir. filed Dec. 26, 2023); *Food Marketplace, Inc. v. EPA*, Case No. 23-1347 (D.C. Cir. filed Dec. 26, 2023).

4. The Court consolidated the petitions in a single action. *See* Consolidation Order, Doc. No. 2033346, *Semiconductor Equipment and Materials International, v. EPA*, Case No. 23-1344 (D.C. Cir. Dec. 27, 2023).

5. Petitioners Semiconductor Equipment and Materials International ("SEMI") and Chemours Company FC, LLC ("Chemours") filed an unopposed motion to sever their cases and hold them in abeyance. Doc. No. 2038227 (Jan.

31, 2024). On February 2, 2024, the Court unconsolidated case number 23-1347 (Food Industry Petitioners) and ordered that cases number 23-1344 (SEMI) and 23- 1345 (Chemours) be held in abeyance pending a decision from the agency in ongoing reconsideration petitions.  Order, Doc. No. 2038921.

6. This case continued on to merits briefing, which concluded on July 12, 2024, and oral argument was held on September 12, 2024.

7. Before issuing a decision, the Court placed this case in a 60-day abeyance on February 25, 2025.

8. On March 12, 2025, EPA announced that it will be reconsidering the Rule.  Press Release, EPA (Mar. 12, 2025), https://www.epa.gov/newsreleases/trump-epa-takes-action-lower-costs-american-families-grocery-store-reconsidering .

9. On April 25, 2025, the parties requested the Court continue the abeyance because EPA intends to pursue a new rulemaking process that may resolve many of the outstanding issues in this litigation.  Mot., Doc. No. 2102542.

10. On May 9, 2025, the Court placed this matter in abeyance pending further order of the Court and directed EPA to file status reports at 90-day intervals beginning August 7, 2025, and to file motions to govern future proceedings within 30 days of the completion of agency proceedings.  Order,

3

Doc. No. 2115170.

11.  Since the Court's May 9, 2025, Order, EPA has been working on its proposed rulemaking to reconsider the Rule. EPA intends to issue a new rule through notice-and-comment rulemaking.

        Respectfully submitted,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General

         /s/ *Kimere J. Kimball*
        Kimere J. Kimball
        U.S. Department of Justice
        Environment and Natural Resources Division
        Environmental Defense Section
        P.O. Box 7611
        Washington, D.C. 20044
        (202) 514-2285
        Kimere.kimball@usdoj.gov

        *Counsel for Respondent*

Date: August 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

<i>/s/ Kimere J. Kimball</i>